BRYAN CAVE LLP, 00145700
Sean K. McElenney, 016987
Gregory B. Iannelli, 026549
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
E-mail: skmcelenney@bryancave.com
        gregory.iannelli@bryancave.com

Attorneys for Defendant Select Portfolio Servicing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| KATHI ANN SHARPE, | No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| FAIRBANKS CAPITAL CORP., a Utah corporation n/k/a SELECT PORTFOLIO SERVICES, INC., a Utah corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant Select Portfolio Servicing, Inc. ("SPS") hereby removes to this Court an action pending in the Arizona Superior Court (No. CV2010-096145) pursuant to 28 U.S.C. § 1332 for the reasons set out below.

1. On September 21, 2010, Plaintiff filed an action in the Superior Court of the State of Arizona, Maricopa County, entitled <u>Sharpe v. Fairbanks Capital Corp.</u>, No. CV2010-096145 (Ariz. Super. Ct. filed Sept. 21, 2010).

2. Removal of this action is proper under 28 U.S.C. § 1332.

3. Plaintiff is a resident and citizen of the State of Arizona.

4. Defendant Select Portfolio Servicing, Inc. is a corporation incorporated under the laws of the State of Utah which has its headquarters in, and directs, controls, and

694912.1

coordinates its operations from, the State of Utah. SPS is a citizen of Utah for diversity purposes.

5. Plaintiff challenges the legality of a trustee's sale held by SPS to enforce her mortgage obligations, and asserts claims for tort damages in connection with the sale. The Maricopa County Assessor values the property sold at $572,200 for 2011. The outstanding balance of Plaintiff's loan when the property was sold was $567,151.83. The amount in controversy exceeds $75,000.

6. A true and correct copy of the Complaint, Certificate of Compulsory Arbitration, Minute Entry (12/29/10), Motion to Extend the Time for Service, Minute Entry (2/23/11), and Minute Entry (4/13/11), is attached hereto as Exhibit A. These documents constitute the entire record in the Maricopa County Superior Court as of July 19, 2011.

7. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

8. Defendant has served a copy of this Notice of Removal on Plaintiff in accordance with 28 U.S.C. § 1446(d).

9. A copy of the Notice of Removal to Federal Court has been filed with the Superior Court Clerk of Maricopa County in accordance with 28 U.S.C. § 1446(d), and attached hereto as Exhibit B.

10. This Notice is signed pursuant to Federal Rule of Civil Procedure 11 in accordance with 28 U.S.C. § 1446(a).

1  DATED this 20th day of July, 2011.

2                                    BRYAN CAVE LLP

4             By      s/ Gregory B. Iannelli
5                     Sean K. McElenney
                      Gregory B. Iannelli
6                     Two North Central Avenue, Suite 2200
                      Phoenix, Arizona 85004-4406
7
8                     Attorneys for Defendant Select Portfolio
                      Servicing, Inc.

10  ORIGINAL of the foregoing electronically filed
    and COPY mailed this 20th day of July, 2011, to:

12  Kathi Sharpe
    4763 East Summerhaven Drive
13  Phoenix, Arizona  85044

15  s/ Christie Giffin

694912.1                                3